# United States Court of Appeals
## For the First Circuit

No. 23-1582

UNITED STATES,

Appellee,

v.

SETH M. BOURGET,

Defendant, Appellant.

Before

Barron, Chief Judge,
Lynch, Kayatta, Gelpí, Montecalvo, Rikelman, Aframe, and Dunlap, Circuit Judges.

**ORDER OF COURT**
Entered: October 22, 2026

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

**LYNCH, Circuit Judge,** dissents from the denial of panel rehearing.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Denise Jefferson Casper, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Benjamin Brooks, Seth M. Bourget, Donald Campbell Lockhart, Neil J. Gallagher Jr., Karen Lisa Eisenstadt, Torey B. Cummings